IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY LATEE WYATT, | ) |
| Plaintiff, | ) |
| v. | ) No. 12-CV-3355 |
| ILLINOIS STATE POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On December 26, 2012, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*, however Plaintiff failed to provide sufficient information as to his income, debts, and assets. The Court, by Order (d/e 3) entered January 2, 2013, found that Plaintiff's Complaint was insufficient and directed *pro se* Plaintiff to file a complete complaint setting forth all of his claims, as well as supplement his affidavit and answer specific questions regarding his financial status. That Order set a deadline of January 18, 2013, and advised if a timely response was not received, the case was subject to dismissal for want of prosecution. No amended complaint or financial supplement was filed. As of this date, *pro se* Plaintiff

has failed to comply with the Court's Order. The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.[1]

*Pro se* Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.


ENTER:   January 25, 2013

    FOR THE COURT:

                                _____s/ Byron G. Cudmore_____
                                    BYRON G. CUDMORE
                            UNITED STATES MAGISTRATE JUDGE

---

[1] It should be noted that this same Plaintiff filed a similar complaint *pro se* on February 29, 2012 in Case #12-cv-3068, Wyatt v. Pollohusky. That complaint was dismissed for want of prosecution and failure to comply with Court's orders by U.S. District Judge Sue E. Myerscough on May 2, 2012.